United States Bankruptcy Court
District of Massachusetts

In re   Roland Breneus                                    Case No   17-13154
                                                          Chapter   13

        Debtor

## VERIFICATION OF MATRIX

The above-named debtor(s) verify(ies) under penalty of perjury that the attached List of Creditors, which consists of __1__ pages and a total of __2__ creditors, is true, correct and complete to the best of my knowledge.

Date: 8/31/2017

_____
Debtor

_____
Joint Debtor

U.S. BANKRUPTCY COURT
2017 AUG 31 P 4: 24

Matrix List.txt

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998

NEWPENNFIN-SHELLPOINTMTG
55 BEATTIE PL STE 110
GREENVILLE, SC 29601