# U.S. Bankruptcy Court
### District of Massachusetts

In Re:   Roland Breneus                                             Case No: 17-13154 MSH
                                                                    Chapter 13

                        Debtor(s)

## Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 8/24/17, the Debtor having failed to file all the required documents timely, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: September 13, 2017

_____
Bankruptcy Judge

c:    Debtor
      Debtor's counsel
      Trustee